UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CLEARWATER PARTNERS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NO. 8 MINE, LLC, a Delaware limited liability company; DAVID TACKETT and KRISTIN TACKETT, and the marital community comprised thereof,<br><br>Defendants. | NO. 2:19-cv-00011-JLR<br><br>DEFAULT JUDGMENT OF DEFENDANTS NO. 8 MINE, LLC, DAVID TACKETT AND KRISTIN TACKETT, AND THE MARITAL COMMUNITY COMPRISED THEREOF |

JUDGMENT SUMMARY

1.  Judgment Creditor:   CLEARWATER PARTNERS, LLC

2.  Judgment Debtor(s)
    1. DAVID TACKETT AND HIS MARITAL COMMUNITY COMPRISED OF DAVID & KRISTIN TACKETT
    2. KRISTIN TACKETT AND HER MARITAL COMMUNITY COMPRISED OF DAVID & KRISTIN TACKETT
    3. NO. 8 MINE, LLC

3.  Principal Judgment Amount:   $1,250,000.00

DEFAULT JUDGMENT OF DEFENDANTS - 1
CASE NO. 2:19-cv-00011-JLR

106521 101 ja302fl6xr

PETERSON RUSSELL KELLY PLLC
1850 Skyline Tower – 10900 NE Fourth Street
Bellevue, Washington 98004-8341
TELEPHONE (425) 462-4700 FAX (425) 451-0714

| | | |
|---|---|---|
| 4. | Pre-Judgment Interest<br>at 20% from 6/21/17 to 6/21/18 ):<br>$250,000.00 and<br>at 30% (Default Rate) from 6/22/18 to<br>2/12/19: $241,438.36 | $491,438.36 |
| 5. | Attorneys Fees | $ 1,891.50 |
| 6. | Costs | $ 565.00 |
| 7. | Total Judgment: | $1,743,894.86 |

8. Principal Judgment amount shall bear interest at the contract default rate of 30%.

9. Attorney for Judgment Creditor:   Michael T. Callan
   Peterson Russell Kelly, PLLC

This matter having come on before the undersigned Judge and the Court having reviewed the records and files herein including the Declarations of Michael T. Callan and Christopher L. Clark, and finding that an Order of Default of defendants No. 8 Mine, LLC, David Tackett and Kristin Tackett, and the marital community comprised thereof was entered on February 6, 2019 (Document No. 12); now therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff Clearwater Partners, LLC is granted judgment against Defendants No. 8 Mine LLC, David Tackett and Kristin Tackett, and the marital community comprised thereof, in the principal amount of $1,250,000.00, plus interest at the contract default rate of 30% from date of judgment until paid, plus prejudgment interest of $491,438.36, attorneys' fees of $1,891.50, costs of $565.00, and such other terms as set forth in the Judgment Summary, for a total judgment of $1,743,894.86.

DATED this 15th day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE

DEFAULT JUDGMENT OF DEFENDANTS - 2
CASE NO. 2:19-cv-00011-JLR

106521 101 ja302fl6xr

PETERSON RUSSELL KELLY PLLC
1850 Skyline Tower – 10900 NE Fourth Street
Bellevue, Washington 98004-8341
TELEPHONE (425) 462-4700   FAX (425) 451-0714

PRESENTED BY:

By: s/*Michael T. Callan*
    Michael T. Callan #16237
    Attorneys for Plaintiff Clearwater Partners LLC
    Peterson Russell Kelly
    10900 NE Fourth Street, Suite 1850
    Bellevue, Washington 98004
    Telephone: (425) 462-4700
    Fax: (425) 451-0714
    Email: mcallan@prklaw.com

DEFAULT JUDGMENT OF DEFENDANTS - 3
CASE NO. 2:19-cv-00011-JLR

106521 101 ja302fl6xr

PETERSON RUSSELL KELLY PLLC
1850 Skyline Tower – 10900 NE Fourth Street
Bellevue, Washington 98004-8341
TELEPHONE (425) 462-4700 FAX (425) 451-0714